AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

V.                                          CASE NUMBER: **06-C-**1143
                                                    **(95-Cr-151)**

**SALVADOR A. HERNANDEZ**,

Movant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Salvador A. Hernandez's petition to vacate the $2,500.00 Fine imposed at sentencing is correctly characterized as a petition to vacate, correct or set aside sentence pursuant to Title 28, United States Code, Section 2255. Hernandez's Title 28 United States Code, Section 2255 petition is a successive petition and Hernandez has not received permission from the Court of Appeals to commence a successive collateral attack, therefore the petition is dismissed for lack of jurisdiction. This action is hereby DISMISSED.**

| November 3, 2006 | | **SOFRON B. NEDILSKY** |
|---|---|---|
| Date | | Clerk |

                                                        s/ Linda M. Zik
                                                    (By) Deputy Clerk

Dockets.Justia.com